UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VALERIE RINGWELL,

    Plaintiff,

v.

Case No. 18-cv-875-pp

SARTORI COMPANY,

    Defendant.

**ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 12) AND DISMISSING CASE**

On June 4, 2019, the parties filed a Stipulation for Dismissal. Dkt. No. 12. The court **APPROVES** the stipulation and **ORDERS** that the plaintiff's claims against the defendant and this case are **DISMISSED** with prejudice. Each party shall bear its own attorney fees, costs, and expenses.

Dated in Milwaukee, Wisconsin this 6th day of June, 2019.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **United States District Judge**